AO 95
(Rev. 09/12)

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## DELAYED-NOTICE SEARCH WARRANT REPORT

The information on this form should be submitted each time judicial action is taken on an application for a delayed-notice search warrant or for an extension of a delayed-notice period. See 18 U.S.C. § 3103a(d)(1).
NOTE: If an extension to the notice period is requested, information will need to be submitted for each extension.

**Please enter the information on this form into the InfoWeb Delayed-Notice Search Warrant Reporting System on the J-Net or into CM/ECF version 6.0 or later, if available.**

For more information, see the Delayed-Notice Search Warrant page on the J-Net.

1. **Name of Judge:** Hon. Louise A. LaMothe    ( ☐ check if state court judge)

2. **Federal Judicial District:** Central District of California

3. **Date of Application for Delayed Notice:** 11/14/2019

4. **Offense (Most Serious) Specified:**
   - ☑ Drugs
   - ☐ Fraud
   - ☐ Weapons
   - ☐ Immigration
   - ☐ Terrorism
   - ☐ Sex Offenses
   - ☐ Theft
   - ☐ Kidnapping
   - ☐ Tax
   - ☐ Extortion/Racketeering
   - ☐ Fugitive/Escape/Supervised Release Violation
   - ☐ Other *(specify)*:

5. **Type of Application:**
   - ☑ Initial request for delay
   - ☐ Extension of previously authorized delay
     *(Number of extensions previously granted: _____ )*

6. **Judicial Action Taken:**  ☐ Denied    ☐ Granted    ☐ Granted as modified

7. **Case Number (e.g., 'mc' Number) of Warrant:** ___ : ___ - ___ - ___
   *office    year    type    number*

8. **Period of Delay Authorized in This Action (days):** _____

9. **Preparer's Name:** Scott D. Dubois    **Title:** AUSA
   **Phone number:** (213) 894-0882    **Date of report:** 11/14/2019