AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19-MJ-04812 | Date and time warrant executed: Nov. 15, 2019 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- GPS/cell-site information for telephone #: 818-518-7984 for a period between Nov. 19, 2019 (6:58:48 am DST) through Nov. 21, 2019 (11:58:59 pm PST)

- Historical cell-site information for telephone #: 818-518-7984 for a period between August 7, 2019 (05:31:07) through Nov. 15, 2019 (23:38:35)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/31/19

_Michael_ [signature]
Executing officer's signature

Michael Johnson, Special Agent
Printed name and title